GEORGE G. TARBELL, APPELLANT, *v.* JOSEPH J. WEST AND OTHERS, RESPONDENTS.

Judgment affirmed, on opinion of VAN VORST, J.

---

CHARLES A. SCHLEGEL, RESPONDENT, *v.* ANTHONY EURING, APPELLANT, IMPLEADED WITH OTHERS.

Order affirmed, with $10 costs and disbursements.

Opinion by BARRETT, J.

---

JOHN H. BEWLEY AND MARIETTE BEWLEY, APPELLANTS, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES AND OTHERS, RESPONDENTS.

Order affirmed, with $10 costs, and disbursements.

Opinion by BARRETT, J.

---

ANN M. SHAW, RESPONDENT, *v.* ELIZA W. NILES, APPELLANT, IMPLEADED, ETC.

Judgment and order affirmed, with costs.

Opinion PER CURIAM.

---

JOSEPH SPEARS AND WILLIAM C. SPEARS, RESPONDENTS, *v.* THE MAYOR, &c. OF NEW YORK, EZEKIEL R. THOMPSON AND JOHN MATHEWS, APPELLANTS.

Judgment affirmed.

Opinion PER CURIAM.

---

RICHARD SCHELL, RESPONDENT, *v.* JEREMIAH DEVLIN AND OTHERS, EXECUTORS, ETC., APPELLANTS.

Order affirmed, with $10 costs, and disbursements.

Opinion by BARRETT, J.

---

WALTER W. BARKER, APPELLANT, *v.* EDWARD P. WILDER, RESPONDENT.

Order affirmed, with $10 costs, and disbursements.

Opinion PER CURIAM.